No. 80–1909. HEPPENSTALL CO. *v.* MURPHY ET AL. C. A. 3d Cir.;

No. 80–1945. ARMED FORCES COOPERATIVE INSURING ASSN. *v.* DEPARTMENT OF INSURANCE OF WYOMING. Sup. Ct. Wyo.;

No. 80–2036. JOSEPH *v.* CANNON ET AL. C. A. D. C. Cir.;

No. 80–2056. F/V AMERICAN EAGLE *v.* ALASKA. Sup. Ct. Alaska;

No. 80–2092. SCM CORP. *v.* XEROX CORP. C. A. 2d Cir.;

No. 80–2162. RAMAH NAVAJO SCHOOL BOARD, INC., ET AL. *v.* BUREAU OF REVENUE OF NEW MEXICO. Ct. App. N. M.;

No. 80–2211. SMITH BARNEY, HARRIS, UPHAM & CO., INC. *v.* HENRICKSEN. C. A. 7th Cir.; and

No. 81–219. FIRST WEST VIRGINIA BANCORP., INC., ET AL. *v.* SECURITY NATIONAL BANK & TRUST CO. ET AL. Sup. Ct. App. W. Va. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 80–2049. RALSTON, WARDEN *v.* ROBINSON. C. A. 7th Cir. [Certiorari granted, 452 U. S. 960.] Motion of the Solicitor General to permit David A. Strauss, Esquire, to present oral argument *pro hac vice* granted.

No. 81–152. WEIT ET AL. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE WHITE and JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 80–6905. IN RE PAREZ. Petition for writ of prohibition denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.